1
2
3
4
5
6
7
8
9

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  JOHN S. RHINE,                          )    No. C 09-01002 JF (PR)
                                           )
11          Plaintiff,                      )    ORDER OF TRANSFER
                                           )
12    vs.                                   )
                                           )
13                                          )
    ATASCADERO STATE HOSPITAL,              )
14  et al.,                                 )
                                           )
15          Defendants.                     )    (Docket Nos. 2 & 7)
    _____     )

16

17          Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action

18  pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the

19  Atascadero State Hospital in Atascadero, California, which lies within the County of San

20  Luis Obispo.  Because the acts complained of occurred in San Luis Obispo County, which

21  lies within the venue of the Central District of California, venue properly lies in that

22  district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is

23  TRANSFERRED to the United States District Court for the Central District of California.

24  See 28 U.S.C. § 1406(a).  The Clerk shall terminate any pending motions and transfer the

25  entire file to the Central District of California.

26          IT IS SO ORDERED.

27  DATED: _____7/16/09_____      _____

28                                            JEREMY FOGEL
                                             United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN S. RHINE,

                Plaintiff,

   v.

ATASCADERO STATE HOSPITAL, et al.,

                Defendants.

_____/

Case Number: CV09-01002 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Sidney Rhine
c/o C. Mariano
3502 Kurtz Street
San Diego, CA 92110

Dated: _____

                        Richard W. Wieking, Clerk